

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :    16-CR-797(LAP)
                                    :
        -v.-                        :    **ORDER**
                                    :
JEROME GOMEZ, et al.                :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Defendant Jerome Gomez's motion for a reduced term of incarceration and/or compassionate release. (Dkt. nos. 126, 127.) As explained below, Mr. Gomez's motion is DENIED.

On November 13, 2018, Mr. Gomez pleaded guilty to conspiracy to commit bank fraud in violation of 18 U.S.C. § 1349, bank fraud in violation of 18 U.S.C. § 1344, and aggravated identity theft in violation of 18 U.S.C. §§ 1028(a)(1). On February 25, 2019, the Court sentenced Mr. Gomez to 74 months' incarceration on the two fraud counts followed by 24 months on the identity theft count.

Mr. Gomez now moves for a reduced sentence and/or compassionate release under the First Step Act of 2018 and 18 U.S.C. § 3582(c)(1). He contends that a sentence reduction is warranted in light of his mother's hospitalization and physical ailments and his daughter's attempted suicide and subsequent stay in a mental hospital. His motion fails for two reasons.

First, Mr. Gomez did not satisfy the procedural requirements needed to obtain the requested relief. As relevant here, a court

may modify a prison sentence (1) on motion of the Bureau of Prisons ("BOP") or (2) on motion of the defendant if the BOP fails to move on his behalf and the defendant has exhausted all administrative remedies. 18 U.S.C. 3582(c)(1). Mr. Gomez has not shown that any of these conditions have been met. As such, the Court has no authority to modify his sentence.

Second, Mr. Gomez has not established that he is entitled to a reduced sentence. Under § 3582(c)(1), the court may reduce a sentence if "extraordinary and compelling reasons warrant such a reduction." Id. Qualifying reasons include "the death or the incapacitation of the caregiver of the defendant's minor child" and "the incapacitation of the defendant's spouse or registered partner." United States Sentencing Guidelines § 1B1.13, Application Note 1(C). The facts alleged by Mr. Gomez, while undoubtedly tragic, fit neither of these categories and give no basis for modifying his sentence.

Mr. Gomez's motion (dkt. no. 127) is therefore DENIED. The Clerk of the Court is directed to close the open motion.

**SO ORDERED.**

Dated:    New York, New York
            February 13, 2020

                                            _____
                                            LORETTA A. PRESKA
                                            Senior United States District Judge