IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

United States of America,
        Plaintiff(s),

Motion To Enlarge Time Pursuant To Rule 6(b)
Criminal Case No.: 2016-CR-00797

v

Mr. Gomez's request for an extension until September 18 to make his submission is granted. The Clerk of the Court shall mail a copy of this order to Mr. Gomez. SO ORDERED.

Jerome Gomez,
        Petitioner.

Dated: August 26, 2020   _____
New York, NY    LORETTA A. PRESKA, U.S.D.J.

MOTION FOR ENLARGEMENT OF TIME PURSUANT TO FEDERAL RULE 6(b)

RELIEF SOUGHT

NOW COMES, Jerome Gomez, (Hereinafter, "Petitioner"), the sole petitioner in the above caption action respectfully moves this Honorable Court ex parte, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedures, for an order enlarging the time in which Petitioner may supplement his answer to the Plaintiff's opposition memorandum in this matter to and including September 18, 2020; which is a date that is thirty (30) days after the service of this motions deposit date from the address listed on the Certificate of Service.

GROUNDS FOR RELIEF

Petitioner is seeking by this motion to preserve the time would have had to file a responsive brief to the Opposition memorandum, had the state court responded to Petitioner's request for documents that pertain to the relevance of Petitioner's current action.

Additionally, Petitioner readdresses that the facility has been on lockdown on several occasions in the past few weeks due to 1) extreme weather conditions; 2) tours from outside dignitaries; and 3) an incident

1