UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JEROME GOMEZ,<br><br>                              Defendant. | No. 16-CR-797 (LAP)<br><br>No. 20-CV-2445 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Jerome Gomez's motion [dkt. no. 151] requesting (1) an update of his address and (2) clarification regarding the status of his 28 U.S.C. § 2255 petition.  The request to update Mr. Gomez's address is GRANTED.  Mr. Gomez's § 2255 petition will be decided in due course.  A copy of this order shall be mailed to Mr. Gomez at his new address:

    Jerome Gomez
    Register No. 85515-054
    Federal Correction Institution
    33½ Pembroke Road
    Danbury, CT 06811

**SO ORDERED.**

Dated:    September 2, 2021
          New York, New York

                              *Loretta A. Preska*
                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge